**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY LYNN WILBURN, | No. 2:18-CV-0994-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's motion (Doc. 8) for an extension of time to respond to the court's September 18, 2018, order to show cause why this action should not be dismissed for failure to submit documents necessary for service of this action. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff shall file a response to the order to show cause within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1