1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KIMBERLY LYNN WILBURN,                    No.  2:18-CV-0994-WBS-DMC

12                Plaintiff,

13          v.                                  <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                  Defendant.
16

17

18          Plaintiff, who is proceeding pro se, brings this action for judicial review of a final

19   decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A review of the

20   docket reflects plaintiff has submitted the documents necessary for service of process to the

21   United States Marshal.  Good cause appearing therefor, the findings and recommendations

22   issues on January 17, 2019, are vacated.

23          IT IS SO ORDERED.

24   Dated:  March 26, 2019

25                                              _____
                                                DENNIS M. COTA
26                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                                1