IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LYNN WILBURN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-0994-WBS-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 6, 2019, the court issued findings and recommendations that this action be dismissed for plaintiff's failure to prosecute this action by filing a dispositive motion within the time provided. See ECF No. 20. On September 19, 2019, plaintiff filed objections indicating she would be able to proceed with her action within the next 14 days. Good cause appearing therefor, the findings and recommendations issued on September 6, 2019, are vacated. Plaintiff shall file a

/ / /

/ / /

/ / /

/ / /

dispositive motion within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  September 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE