1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KIMBERLY LYNN WILBURN,              No.  2:18-CV-0994-WBS-DMC

12              Plaintiff,

13         v.                             <u>ORDER</u>

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                  Defendant.
16

17

18              Plaintiff, who is proceeding pro se, brings this action for judicial review of a final

19    decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the

20    court are plaintiff's requests to seal (ECF Nos. 23 and 24).  The document sought to be filed

21    under seal has been routed to and reviewed by the undersigned in connection with plaintiff's

22    request.

23              Under Eastern District of California Local Rule 141(a), the court may file

24    documents under seal upon a request making the showing required by applicable law.  Under

25    Local Rule 141(b), any request to seal documents shall set forth the statutory or other authority

26    for sealing.  In plaintiff's requests, plaintiff asks that her filing be sealed because "local law

27    officers name legal name & under cover names – and plaintiff mental health records."  ECF

28    Nos. 23 and 24.  Because plaintiff does not cite any authority in support of her requests to file

under seal, the requests are denied.  The Clerk of the Court shall file plaintiff's document

submitted with the requests to seal on the public docket subject to the viewing restrictions

outlined in Local Rule 206(c).

IT IS SO ORDERED.


Dated:  October 30, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE